BEFORE: ARLENE R. LINDSAY            DATE: JULY 22, 2013

UNITED STATES MAGISTRATE JUDGE       TIME: 10:00 AM - 12:30 P.M.
                                     1:15 P.M. - 5:00 P.M. (6:15)

DOCKET NO. CV-13-03538               ASSIGNED JUDGE: SPATT

CASE NAME: 7-ELEVEN, INC. V. TARIQ A. KHAN

CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JUL 22 2013
LONG ISLAND

APPEARANCES:   Plaintiff    STEPHEN SUSSMAN

                            SUSAN V. METCALFE

               Defendant    ANDREW E. CURTO

                            MICHAEL EINBINDER

COURT REPORTER: DOMINICK TURSI       COURTROOM DEPUTY: LINDA FAGAN

- X   CASE CALLED.
- X   COUNSEL FOR ALL SIDES PRESENT.
- X   PLAINTIFF'S COUNSEL'S OPENING STATEMENTS
- X   DEFENDANTS COUNSEL'S OPENING STATEMENTS
- X   PLTFF'S WITNESS SWORN/TESTIFIES
- X   HEARING CONTINUED TO JULY 23, 2013 AT 10:30 A.M.