**FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP**
COUNSELORS AT LAW
THE OMNI
333 EARLE OVINGTON BOULEVARD, SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

WEBSITE: WWW.FORCHELLILAW.COM

ANDREW E. CURTO, P.C.
PARTNER
AECURTO@FORCHELLILAW.COM

May 14, 2014

**VIA ELECTRONIC CASE FILING**

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    7-Eleven, Inc. v. Tariq Khan, et al.
              Case Number: 2:13-CV-03538 (ADS) (ARL)

Dear Judge Spatt:

    This firm is co-counsel with the firm of Einbinder & Dunn, LLP representing the primary Defendants in the above-referenced matter.

    Last evening, Defendants filed by ECF Docket No.: 86, a letter to Your Honor which contained quotations from the Certification of Kurt McCord which had previously been sealed by Your Honor. Given that the McCord Certification was sealed, and the letter we filed contained quotes from that Certification, we should have requested that our letter be sealed as well. We respectfully request that it be sealed at this time.

    We apologize for this error.

Respectfully submitted,

*[signature]*

ANDREW E. CURTO

cc:    All counsel of record *(via ECF)*